**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 422 WAL 2018

Respondent   :

  :    Petition for Allowance of Appeal from
  :    the Order of the Superior Court

v.   :

DAVID ALLEN BRICKER,   :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.